| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| MARIE-ANN GREENBERG, MAG-1284<br>MARIE-ANN GREENBERG, STANDING TRUSTEE<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ 07004<br>(973)227-2840<br>Chapter 13 Standing Trustee |



**Order Filed on January 25, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

MARIA VIDE

Case No.: **21-19044**

Hearing Date: 1/13/2022

Judge: JOHN K. SHERWOOD

# ORDER DISMISSING PETITION WITH A 365 DAY BAR

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: January 25, 2022**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor: MARIA VIDE
Case No. 21-19044

Caption of Order: Order Dismissing Petition With A 365 Day Bar

---

THIS MATTER having come before the Court on the Chapter 13 Standing Trustee's Motion to Dismiss on 1/13/2022, and the Court having been satisfied that proper service and notice was effectuated on the Pro Se Debtor, and the Court having considered the Chapter 13 Standing Trustee's report, and good and sufficient cause appearing therefrom for the entry of this Order: it is

ORDERED AND DIRECTED, that the Debtor(s) Voluntary Petition for Relief under Chapter 13 and all proceedings thereunder are hereby dismissed with prejudice; and it is further

ORDERED AND DIRECTED, that the Debtor(s) be barred from re-filing a Chapter 13 Petition for 365 days; and it is further

ORDERED AND DIRECTED, that in the event this case is dismissed prior to the hearing date of the within Motion, the case will be re-opened to allow this Motion to be heard and to allow the Order to be docketed after the hearing; and it is further

ORDERED AND DIRECTED, that upon case dismissal any funds held by the Chapter 13 Standing Trustee from payments made on account of Debtor(s)' Plan, shall be disbursed to the Debtor(s) except any adequate protection payments due under the proposed plan or by Court Order, and/or any counsel fees and costs hereby allowed as an Administrative Expense.